[Civ. No. 1872.    Third Appellate District.—November 23, 1918.]

## MELODILE BRYANT et al., Appellants, v. BETTIE TISDALE BRYANT et al., Respondents.

DURESS.—Judgment affirmed on authority of *Tisdale* v. *Bryant, ante,* p. 750.

APPEAL from a judgment of the Superior Court of Kings County.    M. L. Short, Judge.

The facts are stated in the opinion of the court.

Kottinger & Shepardson, for Appellants.

Jordan & Brann, for Respondents.

THE COURT.—This is the independent suit to which reference is made in the opinion filed this day in case No. 1892 (*ante,* p. 750, [177 Pac. 510]). As stated therein the two cases are similar, and they are controlled by the same principles. For the reasons stated in said opinion the judgment herein is affirmed.

A petition for a rehearing of this cause was denied by the district court of appeal on December 23, 1918.